# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DEVELOPMENTAL SPECIALISTS INC., | ) ) ) |
| Plaintiff, | ) ) Docket No. 1:16-cv-421-NT |
| v. | ) ) |
| MICHAEL KAPLAN ET AL., | ) ) |
| Defendants. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 22nd day of August, 2016.